**DRAUGHON v. HARNETT CTY. BD. OF EDUC.**

[358 N.C. 131 (2004)]

LYNETTA DRAUGHON, Personal Representative of the ESTATE OF MAX DRAUGHON, Deceased v. HARNETT COUNTY BOARD OF EDUCATION and BARRY HONEYCUTT, JACKIE SAMUELS, STEPHEN AUSLEY, JASON SPELL, ANTHONY BARBOUR, PERRY SAENZ, DON WILSON, JR., RAYMOND McCALL, and BRIAN STRICKLAND, in their Individual and Official Capacities

No. 358A03

(Filed 6 February 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 158 N.C. App. 208, 580 S.E.2d 732 (2003), affirming an order for summary judgment entered 17 December 2001 by Judge Wiley F. Bowen in Superior Court, Harnett County. Heard in the Supreme Court 9 December 2003.

*Keith A. Bishop, PLLC, by Keith A. Bishop, for plaintiff-appellant.*

*Tharrington Smith, LLP, by Jonathan A. Blumberg and Lisa Lukasik, for all defendant-appellees; Cranfill, Sumner & Hartzog, LLP, by Patricia L. Holland, for defendant-appellees Honeycutt, Ausley, and McCall; and Bailey & Dixon, LLP, by Gary Parsons and Warren Savage, for defendant-appellees Honeycutt, Ausley, McCall, Spell, and Wilson.*

PER CURIAM.

AFFIRMED.